IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| WILLIAM T. ROBINSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 7:15-cv-00099 |
| | ) | By: Elizabeth K. Dillon |
| MAILROOM OFFICER PERSONNELL OF RED ONION STATE PRISON, | ) | United States District Judge |
| Defendant(s). | ) | |

## DISMISSAL ORDER

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that this action is DISMISSED without prejudice for plaintiff's failure to comply with the court's order entered March 9, 2015, and the action is STRICKEN from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: March 26, 2015.

/s/ Elizabeth K. Dillon
United States District Judge